# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Patricia J. Gorence
United States Magistrate Judge

U.S. Courthouse, Room 264
517 E. Wisconsin Avenue
Milwaukee, Wisconsin 53202
(414) 297-4165

November 15, 2017

Attorney Benjamin E. Reyes
McCoy Leavitt Laskey LLC
N19 W24200 Riverwood Dr., Ste 125
Waukesha, WI 53188

Re: *Doss v. Sweetman, et al.*, Case No. 15-cv-0006

Dear Attorney Reyes:

Thank you for agreeing to represent plaintiff Timothy Steven Doss *pro bono* for mediation of his civil case. You performed a valuable service to the plaintiff, the court, and our system of justice when you volunteered your time and used your skills to assist someone who would not otherwise have had the advantage of counsel.

I want you to know that your service was beneficial and much appreciated.

Very Truly Yours,

Patricia J. Gorence
U.S. District Magistrate Judge